IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00082-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARGARET HARRIS (5), | ) | |
| MARCO VINICIO FALLAS HERNANDEZ (8), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of defendants MARGARET HARRIS (Doc. No. 29) and MARCO VINICIO FALLAS HERNANDEZ (Doc. No. 30) to continue this matter from the April 6, 2015 trial term in the Charlotte Division.

The Court finds that the defendants have not stated sufficient cause for a continuance in this matter and that counsel can be prepared for trial with the exercise of due diligence. The defendants have benefitted from two prior continuances and their need for additional time to prepare for trial or to enter guilty pleas can be accommodated by not calling the case for trial before April 20, 2015.

**IT IS, THEREFORE, ORDERED** that the defendants' motions are **DENIED**.

The Clerk is directed to certify copies of this order to the defendants, counsel for the defendants, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 27, 2015

_____
Robert J. Conrad, Jr.
United States District Judge